UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA SUAREZ,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C09-5084 FDB/JRC<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

Based upon the parties' stipulated motion to amend the court's original scheduling order, the court hereby directs counsel to conform to the following amended briefing schedule:

Defendant's Answering Brief shall be filed on or before August 18, 2009, and Plaintiff's Reply Brief shall be filed on or before September 1, 2009. Any request for oral argument shall be submitted no later than September 8, 2009.

DATED this 13th day of July, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1
C09-5084 FDB/JRC