# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA SUAREZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:09-CV-5084-FDB-JRC<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings.

Upon remand, the Administrative Law Judge will be directed to update the record regarding the claimant's impairments; hold a de novo hearing; determine if the claimant's employment at the Skookum Educational Program was a sheltered workshop and if his work there constituted substantial gainful activity; re- evaluate all medical source opinions in the record and provide rationale for any opinion that is rejected in accordance with Social Security Rulings 96-2p and 96-5p; consult a medical expert to assist in determining the severity of the claimant's mental impairment, specifically considering the "C" criteria; and obtain supplemental vocational expert testimony to assist in determining how the claimant's limitations affect his ability to perform work related activities at steps 4 and 5 of the sequential evaluation process.

This remand is made pursuant to sentence four of 42 U.S.C. §§ 405(g), 1383(c)(3). Reasonable attorney fees will be awarded based on a petition filed under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 6th day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/ J. Richard Creatura
UNTIED STATES MAGISTRATE JUDGE

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104
(206) 615-2143
Terrye.Shea@ssa.gov