IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:09-CV-5084-FDB-JRC<br><br><br>JUDGMENT |

　　　It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on August 6, 2009.

　　　DATED this 6th day of August, 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 1　　　JUDGMENT - [3:09-CV-5084-FDB-JRC]